United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 22-73565-ast |
| Tyron Davis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 06, 2023 | Form ID: 273 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tyron Davis, 89 North Cottage Street, Valley Stream, NY 11580-4425 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleksandra Krasimirova Fugate | on behalf of Creditor WELLS FARGO BANK  N.A. bkinbox@woodsdefaultservices.com |
| Krista M Preuss | info@ch13edny.com  mderosa13@ecf.epiqsystems.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Tyron Davis | Social Security number or ITIN: xxx−xx−9969 |
| | First Name  Middle Name  Last Name | EIN: _ _−_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _ EIN: _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 13  12/14/22 |
| Case number: | 8−22−73565−ast | |

# FINAL NOTICE OF SECTION 521 DEFICIENCIES

**NOTICE IS HEREBY GIVEN THAT:**

One or more deficiencies remain regarding the document(s) indicated below. Under § 521(i)(1) of the Bankruptcy Code, these documents are required to be filed no later than 45 days from the filing of the petition.

- ☐ Notice Required by 11 U.S.C. §342(b) of the Bankruptcy Code for Individuals Filing for Bankruptcy (Official Form 2010) − Part 7 of Voluntary Petition Not Signed
- ☑ Schedule A/B
- ☑ Schedule D
- ☑ Schedule E/F
- ☑ Schedule I
- ☑ Schedule J
- ☑ Statement of Financial Affairs
- ☑ Statement of Your Current Monthly Income and Means Test Calculation
- ☑ Copies of Pay Statements received within 60 days prior to the date of filing

Failure to file the required documents within 45 days of the date of filing of the petition may result in the case being dismissed without further notice or hearing, unless an extension of time under § 521(i)(3) or (4) of the Bankruptcy Code is made.

Dated: January 6, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**GTntcdef521a3.jsp** [Final Deficiency Notice rev. 02/01/17]